# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1062

_____

United States of America,

   Appellee,

  v.

Juan Carlos Contreras Tafolla,
also known as Juan Mendoza,

   Appellant.

\*
\*
\* Appeal from the United States
\* District Court for the
\* Southern District of Iowa.
\*
\* [UNPUBLISHED]
\*
\*
\*

_____

Submitted: May 1, 2007
Filed: May 3, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

A jury found Juan Carlos Contreras Tafolla guilty of four methamphetamine-trafficking offenses, and the district court[1] sentenced him to 180 months in prison and 5 years of supervised release. On appeal, his counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), and has moved to withdraw, and Tafolla has filed a pro se supplemental brief. They argue that the evidence was insufficient, but we conclude that the evidence, which must be viewed in the light most favorable to the

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

government, was sufficient for the jury to find the elements of each of the crimes beyond a reasonable doubt.  See United States v. Sanchez-Garcia, 461 F.3d 939, 945 (8th Cir. 2006) (standard of review).  After reviewing the record independently pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we conclude that there are no non-frivolous issues.  Accordingly, we affirm the judgment of the district court, and we grant counsel's withdrawal motion.

_____